```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Informed Consent Action Network,

        Plaintiff,

-against-

United States Food and Drug Administration,

        Defendant.

1:20-cv-00689 (SDA) (AJN)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

  The parties shall appear via Telephone for a conference in the above-captioned matter on Thursday, September 24, 2020, at 3:00 p.m. EST. During the conference, the parties should be prepared to discuss Defendant's Letter Motion. (*See* ECF No. 21.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:  New York, New York
      September 17, 2020

              _____
              STEWART D. AARON
              United States Magistrate Judge