```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Informed Consent Action Network,

               Plaintiff,

–v–

United States Food and Drug Administration,

               Defendant.

20-cv-689 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    By September 24, 2021, the parties shall meet and confer and jointly write the Court providing a status update, if any, that they wish to bring to the Court's attention before resolution of the pending motion, docket number 17.

    SO ORDERED.

Dated: September 13, 2021
       New York, New York

                                              _____
                                                 ALISON J. NATHAN
                                            United States District Judge