UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Informed Consent Action Network,

                            Plaintiff,

-against-

United States Food and Drug Administration,

                            Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2022

20 **CIVIL** 689 (AJN)

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 28, 2022, the FDA's motion for summary judgment is GRANTED and ICAN's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

        March 28, 2022

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

**BY:** _____
                                               **Deputy Clerk**